# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 21-32453 |
| James P. Link | Chapter 13 |
| Debtor(s). | Judge Charles R. Merrill |

## OBJECTION TO CHAPTER 13 PLAN

Carvana LLC ("Creditor") by and through their undersigned counsel, hereby objects to the Debtor's Proposed Chapter 13 Plan. This objection is hereby supported by the following memorandum.

## MEMORANDUM

Carvana LLC, ("Creditor"), secured creditor herein, by and through their undersigned counsel, hereby objects to the Debtor's Chapter 13 Plan filed on December 9, 2021.

The Debtor proposes to pay Creditor based upon a secured value of $15,113.00 with an interest rate of 3.25%. The vehicle in question is a 2015 HONDA FIT - VIN 3HGGK5G86FM762872 ("Vehicle") which was purchased on March 17, 2021. The Debtor's bankruptcy was filed on December 9, 2021. The vehicle was purchased within 910 days of the filing of the petition; therefore, Creditor is entitled to full contract balance of the vehicle, which was $15,076.63 at a "Till" interest rate of 5.25%. (The current Wall Street Journal published prime interest rate, plus a 2% risk factor).

The Chapter 13 Plan does not adequately protect the Creditor's interest in said vehicle and should therefore be denied confirmation.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on December 15, 2021.

**By Notice of Electronic Filing to:**

Matthew D. Owen, Debtor's Counsel
Whitford13notice@gmail.com

William W. Lawrence, Trustee
ECF@louchapter13.com

Office of the U.S. Trustee
ustpregion08.lo.ecf@usdoj.gov

**By United States mail to:**

James P. Link, Debtor
3309 Penway Ave.
Louisville, KY 40211

/s/ Molly Slutsky Simons
Molly Slutsky Simons (97962)
Attorney for Creditor